CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2007

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BENJAMIN LUCCIOLA, #232439 | ) |
|     Petitioner, | )    Civil Action No. 7:07cv00200 |
| v. | )    **FINAL ORDER** |
| WARDEN DANIEL A. BRAXTON, | )    By: Hon. James C. Turk |
|     Respondent. | )    Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Lucciola's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

    **ENTER:**    This 14th day of August, 2007.

                                               /s/ James C. Turk
                                               Senior U.S. District Judge